AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 01, 2021

SEAN F. McAVOY, CLERK

GABRIAL S.,

*Plaintiff*

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF
SOCIAL SECURITY,

*Defendant*

)
)
)
)
)
)

Civil Action No.   4:20-cv-05128-LRS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____  recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 21) is GRANTED, in part, and the matter is REMANDED to the
Commissioner for additional proceedings.
Defendant's Motion for Summary Judgment (ECF No. 23)  is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Lonny R. Suko _____  on motions for
Summary Judgment (ECF Nos. 21 and 23).

Date:   12/01/2021 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Lee Reams _____
*(By) Deputy Clerk*

Lee Reams _____